CAROLYN CHANG (CSB No. 217933)
cchang@fenwick.com
HECTOR J. RIBERA (CSB No. 221511)
hribera@fenwick.com
KUNYU CHING (CSB No. 292616)
kching@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

LAUREN E. WHITTEMORE (CSB No. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendants
LELO INC. and LELOi AB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STANDARD INNOVATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LELOI AB et al.,<br><br>Defendants. | Case No.: 5:15-cv-04858- BLF<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL |

[PROPOSED] ORDER GRANTING
WITHDRAWAL OF COUNSEL    1    CASE NO.: 5:15-cv-04858-BLF

The Court, having reviewed the Notice to Withdraw as Counsel for Defendants and Counter-claimants LELO Inc. and LELOi AB hereby orders:

The request to Withdraw as Counsel is GRANTED.

The following counsel is to be removed as counsel for LELO Inc. and LELOi AB and removed from ECF notification:

John B. Kinchen, Hughes Arrell Kinchen LLP, 1221 McKinney Street, Suite 3150, Houston, TX 77010, jkinchen@hakllp.com

Mary Katherine Wood, Hughes Arrell Kinchen LLP, 1221 McKinney Street, Suite 3150, Houston, TX 77010, kwood@hakllp.com

Laura Shelton Horn, Downs Stanford, P.C., 14090 Southwest Freeway, Suite 270 Sugar Land, Texas 77478, lhorn@downsstanford.com

IT IS SO ORDERED.

Dated: November 19, 2015

By: _____
The Hon. Beth Labson Freeman
United States District Court Judge