United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANDARD INNOVATION CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>LELO (SHANGHAI) TRADING CO., LTD., et al.,<br><br>              Defendants. | Case No.  15-cv-04858-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR DECEMBER 17, 2015** |

Before the Court is Plaintiff's motion to shorten the time for hearing schedule regarding its motion for relief from the case management schedule. ECF 115. The Court SETS an initial case management conference for December 17, 2015 at 11:00 a.m. and the parties may appear by CourtCall; counsel to arrange telephonic appearance.

**IT IS SO ORDERED.**

Dated: December 8, 2015

_____
BETH LABSON FREEMAN
United States District Judge