United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANDARD INNOVATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LELO (SHANGHAI) TRADING CO., LTD., et al.,<br><br>Defendants. | Case No.  5:15-cv-04858-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 12/17/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Claims Construction Tutorial | 10/28/2016 at 9:00 AM |
| Claims Construction Hearing | 11/04/2016 at 9:00 AM |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 06/01/2017 at 9:00 AM |
| Final Pretrial Conference | 08/31/2017 at 1:30 PM |
| Trial | 09/25/2017 at 9:00 AM |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Parties are to file a stipulated schedule to reducing claims by 03/01/2016.

IT IS FURTHER ORDERED THAT the Parties are to file a stipulated agreement to ADR by 04/01/2016.

IT IS FURTHER ORDERED THAT the Parties are to meet, confer, and file a stipulated proposed schedule regarding dates and deadlines to trial.

Dated:  12/17/2015

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2